ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 JUN 23 PM 12: 14

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

DEANDRA ELLIS CLARK,          )
                              )
        Petitioner,           )
                              )
v.                            )    CV 103-145
                              )    (Underlying CR 302-004)
UNITED STATES OF AMERICA,     )
                              )
        Respondent.           )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's § 2255 motion is **DENIED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of the Respondent.

SO ORDERED this 28th day of June, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

13.
53.